177 F.3d 728
 99 Cal. Daily Op. Serv. 3669, 1999 Daily
Journal D.A.R. 4722,
3 Cal. Bankr. Ct. Rep. 53
In re Robert GRUNTZ, Debtor.
Robert Gruntz, Plaintiff-Appellant,
v.
COUNTY OF LOS ANGELES; Los Angeles District Attorney,
Defendants-Appellees.
 No. 97-55379.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Aug. 6, 1998.
Opinion Filed Feb. 4, 1999.
Amended Opinion Filed May 19, 1999.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION